IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONALD LEE STEPHENS, et al                                                 PLAINTIFFS

Vs                     CASE NO. 4:09CV00083 BSM

BRISTOL PARK APARTMENTS, et al                                 DEFENDANTS

<u>ORDER</u>

The Initial Scheduling Order filed on April 7, 2009 (docket entry #5) directed the parties to file the Rule 26(f) Report no later than June 29, 2009.  The parties shall have until **Friday, July 31, 2009,** to file their joint report.

IT IS SO ORDERED this 27th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE